UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01462-SPG-AJR | Date | August 11, 2026 |
| Title | Natonia Franklin et al v. State of California, Department of Industrial Relations | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

On March 26, 2026, Plaintiffs Natonia Franklin and J.F., a minor by and through her guardian ad litem Natonia Franklin, (“Plaintiffs”) filed a complaint and a request to proceed in forma pauperis. *See* (ECF Nos. 1, 3). On April 22, 2026, the Court denied Plaintiffs’ request to proceed in forma pauperis and ordered Plaintiffs to pay the filing fees to commence this action within 30 days. *See* (ECF No. 7). To date, Plaintiffs have not paid the necessary filing fees. Therefore, Plaintiffs are ordered to show cause in writing, by no later than August 26, 2026, why the Court should not dismiss this action. Plaintiffs may discharge the order to show cause by paying the $405 filing fee to commence this action. Failure to pay the filing fee will result in dismissal.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg